

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2015

No. 04-15-00067-CR

Juan Gabriel **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 13-06-03428-ZCR
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

Appellant's fourth motion for extension of time to file his brief is GRANTED. Appellant's brief was filed on July 24, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court